JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIAS MOLINA, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAN EARTH ENVIRONMENTAL SOLUTIONS, INC., a Delaware Corporation; STERICYCLE, INC., a Delaware Corporation; RHO-CHEM, LLC, a California Limited Liability Company; HARSO CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-08455-AB-JC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having reviewed the Parties' Joint Stipulation for Dismissal with Prejudice, and finding good cause therein, **IT IS ORDERED** that the above-captioned matter is **DISMISSED** with prejudice.

Dated: April 29, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT

1